# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SECURITY AGENCY / CENTRAL SECURITY SERVICE; and LIEUTENANT GENERAL KEITH B. ALEXANDER, in his official capacity as Director of the National Security Agency and Chief of the Central Security Service, <br><br> Defendants. | Civil Action No. 06-10204 <br> Hon. Anna Diggs Taylor |

## ORDER

For the reasons stated on the record in open Court, it is hereby ORDERED that the Government's motion for a stay pending appeal is DENIED. It is further ORDERED that the Government's request for an interim stay pending its application for a stay pending appeal from the United States Court of Appeals for the Sixth Circuit pursuant to Federal Rule of Appellate Procedure 8(a) is GRANTED for a period of seven days, and thus the stay presently in place of the Court's Judgment and Permanent Injunction Order of August 17, 2006, is EXTENDED through and including October 5, 2006.

DATED: September 29, 2006

                                                                                 s/George Caram Steeh
                                                                                 United States District Judge
                                                                                 acting in the absence of
                                                                                 HON. ANNA DIGGS TAYLOR
                                                                                 United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
September 29, 2006, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk